AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEVEN M. GREENBERG,**

      **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**vs.**

                               **CASE NO. C2-07-1076**
**JUDY HILL, et al.,**               **JUDGE EDMUND A. SARGUS, JR.**
                                   **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed March 31, 2009, JUDGMENT is hereby entered for defendants. This case is DISMISSED.**

Date: March 31, 2009                                       JAMES BONINI, CLERK

                                                                */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                  Courtroom Deputy Clerk